UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21779-CIV-KING

BRENDA SHEETZ,

    Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on for consideration upon the parties' notification at the hearing that the above-styled action has been amicably settled. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that the above-styled action is hereby DISMISSED with prejudice. The Court retains jurisdiction of this matter for the enforcement of the terms and conditions of the settlement. All unresolved motions in this case are hereby denied as moot. The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 2nd ay of July, 2008.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: ***Counsel for Plaintiff:***

**David Charles Rash**
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 Northeast 2nd Avenue
Suite 201
Miami, FL 33137


***Counsel for Defendant:***

**Donnise Annette DeSouza**
Carnival Cruise Lines
3655 NW 87th Avenue
Miami, FL 33178-2428